KAEMPFER CROWELL
Robert McCoy, No. 9121
Sihomara L. Graves, No. 13239
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone:  (702) 792-7000
Facsimile:  (702) 796-7181
Email: rmccoy@kcnvlaw.com
Email: sgraves@kcnvlaw.com

Attorneys for Defendant American Express National Bank

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JENNAFER AYCOCK,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN EXPRESS NATIONAL BANK; and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No. 2:23-cv-00292-CDS-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND**<br><br>**(FIRST REQUEST)** |

Plaintiff Jennafer Aycock and American Express National Bank ("Amex") stipulate that the deadline for Amex to respond to the complaint (ECF No. 1) be extended from March 30, 2023 until April 27, 2023.

This is the first extension sought in connection with this deadline and is requested to permit the recently hired counsel for Amex sufficient time to investigate the allegations in the complaint, assess the possibility of settlement, and, if necessary, prepare Amex's response.

| | |
|---|---|
| KAZEROUNI LAW GROUP, APC | KAEMPFER CROWELL |
| /s/ Gustavo Ponce | |
| Gustavo Ponce, No. 15084 | Robert McCoy, No. 9121 |
| Mona Amini, No. 15381 | Sihomara L. Graves, No. 13239 |
| 6069 South Fort Apache Road | 1980 Festival Plaza Drive |
| Suite 100 | Suite 650 |
| Las Vegas, Nevada 89148 | Las Vegas, Nevada 89135 |
| Attorneys for Plaintiff Jennafer Aycock | Attorneys for Defendant American Express National Bank |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 30, 2023