KAEMPFER CROWELL
Robert McCoy, No. 9121
Sihomara L. Graves, No. 13239
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: rmccoy@kcnvlaw.com
Email: sgraves@kcnvlaw.com

Attorneys for Defendant American Express National Bank

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| JENNAFER AYCOCK, | Case No. 2:23-cv-00292-CDS-EJY |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND** |
| AMERICAN EXPRESS NATIONAL BANK; and EXPERIAN INFORMATION SOLUTIONS, INC., | **(THIRD REQUEST)** |
| Defendants. | |

Plaintiff Jennafer Aycock and American Express National Bank ("Amex") stipulate that the deadline for Amex to respond to the complaint (ECF No. 1) be extended for two weeks from May 4, 2023 until May 18, 2023. This is the third extension sought in connection with this deadline.

The parties are actively working on settling this matter. This extension is requested to permit the parties time to continue their ongoing settlement negotiations in an attempt to reach an early resolution of this matter before incurring additional fees and costs.

| | |
|---|---|
| KAZEROUNI LAW GROUP, APC | KAEMPFER CROWELL |
| /s/ Gustavo Ponce | *[signature]* |
| Gustavo Ponce, No. 15084<br>Mona Amini, No. 15381<br>6787 West Tropicana Avenue<br>Suite 250<br>Las Vegas, Nevada 89103 | Robert McCoy, No. 9121<br>Sihomara L. Graves, No. 13239<br>1980 Festival Plaza Drive<br>Suite 650<br>Las Vegas, Nevada 89135 |
| Attorneys for Plaintiff<br>Jennafer Aycock | Attorneys for Defendant American Express National Bank |

**ORDER**

IT IS SO ORDERED.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

DATED:  May 4, 2023