1  KAEMPFER CROWELL
   Robert McCoy, No. 9121
2  Sihomara L. Graves, No. 13239
   1980 Festival Plaza Drive, Suite 650
3  Las Vegas, Nevada 89135
   Telephone:  (702) 792-7000
4  Facsimile:  (702) 796-7181
   Email: rmccoy@kcnvlaw.com
5  Email: sgraves@kcnvlaw.com

6  Attorneys for Defendant American
   Express National Bank
7

8                UNITED STATES DISTRICT COURT

9                      DISTRICT OF NEVADA

10 | JENNAFER AYCOCK,              | Case No. 2:23-cv-00292-CDS-EJY
11 |              Plaintiff,       |
12 | vs.                           | **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND**
13 | AMERICAN EXPRESS NATIONAL BANK; and EXPERIAN INFORMATION SOLUTIONS, INC., | **(FIFTH REQUEST)**
14 |                               |
15 |              Defendants.      |

16

17         Plaintiff Jennafer Aycock and American Express National Bank

18 ("Amex") stipulate that the deadline for Amex to respond to the complaint (ECF

19 No. 1) be extended for one-week, from June 19, 2023 until June 26, 2023. This is

20 the fifth extension sought in connection with this deadline.

21         The parties are actively working on discussing potential resolution of

22 this matter.  This extension is requested to permit the parties time to continue their

23 ongoing settlement discussions in an attempt to reach an early resolution of this

24 matter before incurring additional fees and costs.

KAEMPFER CROWELL

3452315_1  19717.10                                              Page 1 of 2

| | |
|---|---|
| KAZEROUNI LAW GROUP, APC | KAEMPFER CROWELL |
| /s/ Gustavo Ponce | |
| Gustavo Ponce, No. 15084<br>Mona Amini, No. 15381<br>6787 West Tropicana Avenue<br>Suite 250<br>Las Vegas, Nevada 89103 | Robert McCoy, No. 9121<br>Sihomara L. Graves, No. 13239<br>1980 Festival Plaza Drive<br>Suite 650<br>Las Vegas, Nevada 89135 |
| Attorneys for Plaintiff<br>Jennafer Aycock | Attorneys for Defendant American Express National Bank |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 14, 2023