1  Gustavo Ponce, Esq.
   Nevada Bar No. 15084
2  Mona Amini, Esq.
   Nevada Bar No. 15381
3  **KAZEROUNI LAW GROUP, APC**
   6787 W. Tropicana Ave., Suite 250
4  Las Vegas, Nevada 89103
   Telephone: (800) 400-6808
5  Facsimile:  (800) 520-5523
   E-mail: gustavo@kazlg.com
6  E-mail: mona@kazlg.com

7  *Attorneys for Plaintiff,*
   JENNAFER AYCOCK
8

9              **UNITED STATES DISTRICT COURT**

10             **DISTRICT OF NEVADA**

11  JENNAFER AYCOCK,                    Case No.: 2:23-cv-00292-CDS-EJY

12
                          Plaintiff,    **JOINT STIPULATION AND**
13                                      **ORDER EXTENDING**
                                        **DISCOVERY DEADLINES**
14      vs.

15  AMERICAN EXPRESS NATIONAL           **(FIRST REQUEST)**
    BANK AND EXPERIAN
16  INFORMATION SOLUTIONS, INC.,

17                        Defendants.

18

19

20      Plaintiff Jennafer Aycock ("Plaintiff"), and Defendant American Express

21  National Bank ("American Express") ("the Parties") hereby jointly[1] move to extend

22  all deadlines set forth in the Joint Proposed Discovery Plan and Scheduling Order

23  filed with this Court on May 12, 2023, (ECF No. 14) by a period of one hundred and

24  fifty (150) days due to the complexity and unique set of facts in this matter.

25

26

27  _____

28  [1] Defendant Experian Information Solutions, Inc. does not join in this motion because it has settled
    its claims with Plaintiff.

                                    - 1 -

This matter contains unique and complex facts and issues in light of the claim of extensive identity theft that Plaintiff alleges was committed by her ex-boyfriend Brandon Sattler. Specifically, Plaintiff alleges that Mr. Sattler fraudulently opened multiple credit card accounts in her name with various lending institutions.  This is not an ordinary identity theft or fair credit reporting case but a much more extensive one which the Parties anticipate will require the review of hundreds of additional documents and recordings as well as depositions of multiple third-party witnesses.

Plaintiff served American Express with a request for production of documents on June 27, 2023, and once the responses came back on August 3, 2023 from American Express, it became apparent that the Parties would need more time to flush out the issues and facts related to Plaintiff's allegations that were not previously known by the Parties. Due to the nature of the facts here the Parties in good faith believe more time is necessary to conduct efficient discovery and for the Parties to have effective conversations.

1.      On February 24, 2023, Plaintiff filed her Complaint (ECF No. 1), against Defendants American Express and Experian.

2.      American Express filed its Answer to Plaintiff's Complaint on June 26, 2023 (ECF No. 20).

3.      The Parties have completed the following discovery to date:

- The Parties have exchanged initial disclosures.
- Plaintiff served America Express with a request for production of documents on June 27, 2023.
- Plaintiff served America Express with a request for admissions and interrogatories on August 11, 2023.

4.      The parties still need to conduct depositions, potentially additional written discovery, serve subpoenas, conduct third-party depositions, and conduct expert discovery.

5.      The additional time will allow the Parties to conduct extensive and additional fact discovery, including taking depositions, potentially additional written discovery, acquiring all documents from third-parties, resolving any discovery issues, and additional time to adequately determine whether expert discovery will be needed in this matter.

6.      No party will be prejudiced by this Court granting this Stipulation as all Parties jointly seek an extension of these deadlines.  Moreover, the Parties believe that allowing the extension will serve the ends of judicial economy.

7.      Moreover, the requested extensions are not sought for the purposes of delay.

8.      This is the Parties' first request to extend these deadlines.

9.      Accordingly, the parties request adoption of the following deadlines:

**a. Discovery Plan:**

| | |
|---|---|
| Discovery Cut-off | **03/11/2024** |
| Deadline to Disclose Expert Disclosures | **12/27/2023** |
| Deadline to Disclose Rebuttal Expert Disclosures | **01/29/2023** |
| Deadline to File Dispositive Motions | **04/08/2024** |

**b. Pre-Trial Order:** The parties shall file a joint pretrial order no later than ~~04/26/2024~~ **May 8, 2024** or thirty (30) days after the date set for filing dispositive motions. In the event that Parties file dispositive motions, the date for filing the joint pretrial order shall be suspended until thirty (30) days after decision on the dispositive motion or further order of the Court.

///

///

///

STIPULATION

1   WHEREFORE, Plaintiff and American Express respectfully request this

2   Honorable Court (1) extend discovery in the present matter as set forth above; and (2)

3   reissue a new Scheduling Order to reflect the requested extension.

4

5   Dated this 28th day of August 2023.

6   **KAZEROUNI LAW GROUP, APC**               **KAEMPFER CROWELL**

7   */s/ Gustavo Ponce*                        */s/ Sihomara Graves*
    Gustavo Ponce                              Robert McCoy
8   Nevada Bar No. 15084                       Nevada Bar No. 9121
    Mona Amini                                 Sihomara L. Graves, No. 13239
9   Nevada Bar No. 15381                       1980 Festival Plaza Drive, Suite 650
    6787 W. Tropicana Avenue, Suite            Las Vegas, NV 89135
10  250
    Las Vegas, NV 89103                        Nami Kang (*pro hac vice forthcoming*)
11                                             Stephen J. Newman (*pro hac vice
    **Counsel for Plaintiff Jennafer          forthcoming*)
12  Aycock**                                   STEPTOE & JOHNSON LLP
                                               2029 Century Park East, 18th Floor
13                                             Los Angeles, CA 90067

14                                             **Counsel for American Express
                                               National Bank**
15

16

17                         **ORDER**

18              IT IS SO ORDERED.

19

20

21              UNITED STATES MAGISTRATE JUDGE

22              DATED:   August 28, 2023

23

24

25

26

27

28