Gustavo Ponce, Esq.
Nevada Bar No. 15084
Mona Amini, Esq.
Nevada Bar No. 15381
**KAZEROUNI LAW GROUP, APC**
6787 W. Tropicana Ave., Suite 250
Las Vegas, Nevada 89103
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523
E-mail: gustavo@kazlg.com
E-mail: mona@kazlg.com

*Attorneys for Plaintiff,*
JENNAFER AYCOCK

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JENNAFER AYCOCK,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN EXPRESS NATIONAL BANK AND EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No.: 2:23-cv-00292-CDS-EJY<br><br>**JOINT STIPULATION AND ORDER EXTENDING DISCOVERY DEADLINES**<br><br>**(THIRD REQUEST)** |

Plaintiff Jennafer Aycock ("Plaintiff"), and Defendant American Express National Bank ("American Express" or "Defendant") ("the Parties") hereby jointly[1] move to extend all deadlines set forth in the Joint Stipulation and Order Extending Discovery Deadlines filed with this Court on December 27, 2023, (ECF No. 40) by a period of one-hundred and twenty (120) days due to the complexity and unique set of facts in this matter, the Parties' good faith attempts to resolve this matter.

---

[1] Defendant Experian Information Solutions, Inc. does not join in this motion because it has settled its claims with Plaintiff.

Defendant's new counsel is familiarizing herself with this matter, and discovery disputes have arisen between the Parties which the Parties are hopeful will be resolved.

As previously explained before, this matter contains unique and complex facts and issues in light of the claim of extensive identity theft that Plaintiff alleges was committed by her ex-boyfriend Brandon Sattler on a multitude of accounts. Specifically, Plaintiff alleges that Mr. Sattler fraudulently opened multiple credit card accounts in her name with various lending institutions. This is not an ordinary identity theft or fair credit reporting case but a much more extensive one which the Parties anticipate will require the review of hundreds of additional documents and recordings as well as depositions of multiple third-party witnesses, especially as American Express disputes Plaintiff's allegations of identity theft. The Parties are still in the process of reviewing all material and deciding the appropriate avenues to address each. The Parties are working together in good faith to work out any issues that arise due to the complexity of this matter.

Plaintiff served American Express with a request for production of documents on June 27, 2023, and once the responses came back on August 3, 2023, from American Express, it became apparent that the Parties would need more time to work out the issues and facts related to Plaintiff's allegations that were not previously known by the Parties. The Parties have meet and conferred on Defendant's discovery responses with the idea that those discovery issues will be resolved accordingly between the Parties soon. The Parties have been in good faith working together through the complexities and wish to save the resources and time of each side including the Court. Furthermore, the previous attorney for American Express left the firm and the newly assigned counsel requires additional time to familiarize herself with the facts of the case. Due to the nature of the facts here, the discovery disputes, the addition of new counsel, the Parties in good faith believe more time is necessary to conduct efficient discovery and for the Parties to have effective conversations

regarding potential resolution. The Parties are working in good faith to attempt to resolve this matter.

1. On February 24, 2023, Plaintiff filed her Complaint (ECF No. 1), against Defendants American Express and Experian.

2. American Express filed its Answer to Plaintiff's Complaint on June 26, 2023 (ECF No. 20).

3. The Parties filed a first Joint Stipulation and Order Extending Discovery Deadlines filed with this Court on August 28, 2023 (ECF No. 27).

4. The Parties filed a second Joint Stipulation and Order Extending Discovery Deadlines filed with this Court on December 26, 2023 (ECF No. 40).

5. The Parties have completed the following discovery to date:
- The Parties have exchanged initial disclosures.
- Plaintiff served American Express with a request for production of documents on June 27, 2023, and Defendant has provided responses.
- Plaintiff served American Express with a request for admissions and interrogatories on August 11, 2023, and Defendant has provided responses.
- A deposition for Defendant was set but that was mutually continued due to extensive nature of discovery and the Parties' wishes to narrow potential issues that have arisen.
- The Parties have meet and conferred regarding Defendant's discovery responses.

6. The parties still need to conduct depositions, additional written discovery, serve subpoenas, conduct third-party depositions, and conduct expert discovery.

7. The additional time will allow the Parties to flesh out pending discovery issues, conduct extensive and additional fact discovery, including taking depositions, potentially additional written discovery, acquiring all documents from third-parties,

resolving any discovery issues, additional time to adequately determine whether expert discovery will be needed in this matter, and workout discrepancies and evidence issues between the Parties.

8. No party will be prejudiced by this Court granting this Stipulation as all Parties jointly seek an extension of these deadlines. Moreover, the Parties believe that allowing the extension will serve the ends of judicial economy.

9. Moreover, the requested extensions are not sought for the purposes of delay.

10. This is the Parties' third request to extend these deadlines and its done in good faith and not to unduly delay or prejudice any party.

11. Accordingly, the parties request adoption of the following deadlines:

**a. Discovery Plan:**

| | |
|---|---|
| Discovery Cut-off | **10/11/2024** |
| Deadline to Disclose Expert Disclosures | **07/26/2024** |
| Deadline to Disclose Rebuttal Expert Disclosures | **08/30/2024** |
| Deadline to File Dispositive Motions | **11/08/2024** |

**b. Pre-Trial Order:** The parties shall file a joint pretrial order no later than **12/09/2024** or thirty (30) days after the date set for filing dispositive motions. In the event that Parties file dispositive motions, the date for filing the joint pretrial order shall be suspended until thirty (30) days after decision on the dispositive motion or further order of the Court.

///
///
///

WHEREFORE, Plaintiff and American Express respectfully request this Honorable Court (1) extend discovery in the present matter as set forth above; and (2) reissue a new Scheduling Order to reflect the requested extension.

Dated this 19th day of March 2024.

| | |
|---|---|
| **KAZEROUNI LAW GROUP, APC** | **STEPTOE LLP** |
| */s/ Gustavo Ponce* | */s/ Stephen Newman* |
| Gustavo Ponce<br>Mona Amini<br>6787 W. Tropicana Avenue, Ste 250<br>Las Vegas, NV 89103 | Stephen J. Newman (admitted pro hac vice)<br>Alice Kwak (pro hac vice pending)<br>2029 Century Park East, 18th Floor<br>Los Angeles, CA 90067 |
| *Counsel for Plaintiff Jennafer Aycock* | *Counsel for American Express National Bank* |

## ORDER

IT IS SO ORDERED.

_/s/ Gayna L. Zouchah_
UNITED STATES MAGISTRATE JUDGE

DATED: March 19, 2024