KAEMPFER CROWELL
Robert McCoy, No. 9121
Sihomara L. Graves, No. 13239
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: rmccoy@kcnvlaw.com
Email: sgraves@kcnvlaw.com

STEPTOE LLP
Stephen J. Newman (*admitted pro hac vice*)
Alice Kwak (*admitted pro hac vice*)
2029 Century Park East, Suite 980
Los Angeles, CA 90067-3086
Telephone:  (213) 439-9400
Facsimile:   (213) 439-9599
Email:       docketing@steptoe.com
             snewman@steptoe.com
             akwak@steptoe.com

Attorneys for Defendant
AMERICAN EXPRESS NATIONAL BANK

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JENNAFER AYCOCK, | Case No. 2:23-cv-00292-CDS-EJY |
| Plaintiff, | |
| vs. | **AMENDED JOINT STIPULATION TO EXTEND TIME FOR AMERICAN EXPRESS TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES AND SUPPLEMENTAL DISCLOSURES** |
| AMERICAN EXPRESS NATIONAL BANK; and EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendants. | |

1

AMENDED JOINT STIPULATION TO EXTEND TIME FOR AMERICAN EXPRESS TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES AND SUPPLEMENTAL DISCLOSURES

Plaintiff Jennafer Aycock ("Plaintiff") and defendant American Express National Bank ("American Express") (collectively, the "Parties"), through their respective attorneys of record, hereby submit their Joint Stipulation to extend time to respond to Plaintiff's Motion to Compel Discovery Responses and Supplemental Disclosures (ECF No. 52) (the "Motion"), and in support thereof state as follows:

1. On October 17, 2024, Plaintiff filed the Motion.

2. American Express's deadline to respond to the Motion is currently October 31, 2024.

3. Plaintiff's reply in support of the Motion is currently due November 7, 2024.

4. The Parties have agreed to extend the time for American Express to respond to the Motion by eleven (11) days, up to and including November 11, 2024, with a reciprocal extension of seven (7) days to the deadline for Plaintiff to file a Reply Brief, up to and including November 25, 2024.

5. Good cause exists for granting this extension because the parties require additional time to facilitate resolution of this matter and resolve certain discovery disputes to conserve judicial resources.

6. This extension is sought in good faith and not for the purpose of delay.

7. No party will be prejudiced by the relief sought herein.

THEREFORE, IT IS HEREBY STIPULATED that the time for American Express to respond to the Motion be extended by eleven (11) days, up to and

including November 11, 2024, with a reciprocal extension of seven (7) days to the deadline for Plaintiff to file a Reply Brief, up to and including November 25, 2024.

Dated: November 4, 2024

KAEMPFER CROWELL

*/s/ Sihomara Graves*
Robert McCoy, No. 9121
Sihomara L. Graves, No. 13239
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

STEPTOE LLP
Stephen J. Newman (*admitted pro hac vice*)
Alice Kwak (*admitted pro hac vice*)
2029 Century Park East, Suite 980
Los Angeles, CA 90067-3086

Attorney for Defendant
American Express National Bank

**KAZEROUNI LAW GROUP, APC**

*/s/ Gustavo Ponce*
Gustavo Ponce
Mona Amini
6940 S. Cimarron Rd., Suite 210
Las Vegas, Nevada 89113
Attorney for Plaintiff
Jennafer Aycock

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: November 4, 2024