KAEMPFER CROWELL
Robert McCoy, No. 9121
Sihomara L. Graves, No. 13239
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: rmccoy@kcnvlaw.com
Email: sgraves@kcnvlaw.com

STEPTOE LLP
Stephen J. Newman *(pro hac vice)*
Alice Kwak *(pro hac vice)*
2029 Century Park East, 18th Floor
Los Angeles, California 90067
Telephone: (310) 556-5800
Facsimile: (310) 556-5959
Email: snewman@steptoe.com
Email: akwak@steptoe.com

Attorneys for Defendant American Express National Bank

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JENNAFER AYCOCK,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN EXPRESS NATIONAL BANK; and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No. 2:23-cv-00292-CDS-EJY<br><br>**AMENDED JOINT STIPULATION TO EXTEND TIME FOR AMERICAN EXPRESS TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES AND SUPPLEMENTAL DISCLOSURES**<br><br>**(THIRD REQUEST)** |

Plaintiff Jennafer Aycock ("Plaintiff") and defendant American Express National Bank ("American Express") (collectively, the "Parties"), through

their respective attorneys of record, hereby submit their Joint Stipulation to extend time to respond to Plaintiff's Motion to Compel Discovery Responses and Supplemental Disclosures (ECF No. 52) (the "Motion"), and in support thereof state as follows:

1. On October 17, 2024, Plaintiff filed the Motion.

2. On October 31, 2024, American Express filed a Stipulation and Order extending American Express' deadline to respond to the Motion by eleven (11) days and Plaintiff's reply by seven (7) days. (ECF No. 53)

3. On November 8, 2024, American Express filed a second Stipulation and Order further extending American Express' deadline to respond to the Motion by seven (7) days and Plaintiff's reply by seven (7) days.

4. American Express's deadline to respond to the Motion is currently November 18, 2024.

5. Plaintiff's reply in support of the Motion is currently due December 2, 2024.

6. The Parties have agreed to extend the time for American Express to respond to the Motion by seven (7) days, up to and including November 25, 2024, with a reciprocal extension of seven (7) days to the deadline for Plaintiff to file a Reply Brief, up to and including December 9, 2024.

7. Good cause exists for granting this extension because the parties require additional time to facilitate resolution of this matter and resolve certain discovery disputes to conserve judicial resources.

8. This extension is sought in good faith and not for the purpose of delay.

9. No party will be prejudiced by the relief sought herein.

THEREFORE, IT IS HEREBY STIPULATED that the time for American Express to respond to the Motion be extended by seven (7) days, up to and including November 25, 2024, with a reciprocal extension of seven (7) days to the deadline for Plaintiff to file a Reply Brief, up to and including December 9, 2024.

KAZEROUNI LAW GROUP, APC

/s/ Gustavo Ponce
Gustavo Ponce, No. 15084
Mona Amini, No. 15381
6940 South Cimarron Road, Suite 210
Las Vegas, Nevada 89113

Attorneys for Plaintiff
Jennafer Aycock

KAEMPFER CROWELL

Robert McCoy, No. 9121
Sihomara L. Graves, No. 13239
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

STEPTOE LLP
Stephen J. Newman *(pro hac vice)*
Alice Kwak *(pro hac vice)*
2029 Century Park East, 18th Floor
Los Angeles, California 90067

Attorneys for Defendant American Express National Bank

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: November 19, 2024