UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Jennafer Aycock, | Case No. 2:23-cv-00292-CDS-EJY |
| Plaintiff | **Order Referring Parties to Settlement Conference** |
| v. | |
| American Express National Bank, | |
| Defendant | |

In their second joint status report addressing settlement, the parties relay that they have agreed to a settlement in principle but are at an impasse as to specific settlement agreement terms. ECF No. 70. The parties agree that a settlement conference might assist them in finalizing the terms of the agreement. *Id.* The parties further seek to extend the time to file a stipulation of dismissal, or a third status report, to September 1, 2025. *Id.*

Because it appears that the parties are working diligently to reach a negotiated resolution, their request for a settlement conference is granted. This matter is referred to the magistrate judge for a settlement conference. Local Rule 16-5. Therefore, the deadline for the parties to file a stipulation of dismissal is extended to September 1, 2025.

Dated: June 4, 2025

_____
Cristina D. Silva
United States District Judge